UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK



-------------------------------------------------

Ruben Miranda,
       Plaintiff,

V.

New York City Department of Education, et. al.
       Defendant.

CONSOLIDATION ORDER

CV-96-374(FB)(RL)
CV-06-2921(FB)(RL)

-------------------------------------------------

       IT IS ORDERED that case number __CV-06-2921__ be consolidated into lead case number __CV-96-374__ as related actions.

       IT IS ORDERED that case number __CV-06-2921__ be administratively closed and all further entries be made on the lead case, docket number __CV-96-374__.

       s/Frederic Block, Sr. USDJ

UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
      August 29, 2007